"O" Send

FILED
CLERK
NOV - 5 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 07-1900M |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING |
| FERNANDO ZAVALA- ) | [Fed.R.Crim.P. 32.1(a)(6); |
| MENDIVEZ ) | 18 U.S.C. 3143(a)] |
| Defendant. ) | |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the District of Utah for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release], and
   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),
   The Court finds that:
A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on in US illegally; allegedly possessed narcotics while on S.R.; no US address; no bail resources


1
2
3
4       and/or

5   B.  ( )  The defendant has not met his/her burden of establishing by
6       clear and convincing evidence that he/she is not likely to pose
7       a danger to the safety of any other person or the community if
8       released under 18 U.S.C. § 3142(b) or (c). This finding is based
9       on: _____
10
11
12
13

14      IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.

16
17  Dated: _____11/5/07_____
18
19                                    _____
20                                    UNITES STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28